UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

        vs.

PAUL KONIGSBERG, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

S 11 10 Cr. 228 (LTS)

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Marjorie J. Peerce, an attorney duly admitted to practice in this Court, hereby appears as co-counsel on behalf of Paul Konigsberg, a defendant in the above captioned matter.

Dated: New York, New York
       September 27, 2013

                                        By: /s/ Marjorie J. Peerce
                                              Marjorie J. Peerce
                                              BALLARD SPAHR STILLMAN &
                                                  FRIEDMAN LLP
                                              425 Park Avenue
                                              New York, NY  10022
                                              (212) 223-0200
                                              PeerceM@bssfny.com

To:    Clerk of the Court (*Via ECF)*