```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 7 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

       -v-                                                                                 No. S11 10 Cr. 228 (LTS)

PAUL J. KONIGSBERG,

           Defendant.
-------------------------------------------------------x

## ORDER

The initial pretrial conference in this matter is hereby scheduled for **Wednesday, October 2, 2013, at 12:00 p.m.** Speedy trial time is excluded from today's date until Wednesday October 2, 2013, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will ensure the continuity of defense counsel.

        SO ORDERED.


Dated: New York, New York
       September 27, 2013

                                                               /s/ _____
                                                             LAURA TAYLOR SWAIN
                                                             United States District Judge