UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

    - against -

PAUL J. KONIGSBERG,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**RESTRAINING ORDER**

S11 10 Cr. 228 (LTS)

        WHEREAS, Paul J. Konigsberg has signed an appearance bond in the amount of $2,000,000 in the case entitled United States v. Paul J. Konigsberg, Criminal Action No. S11 10 CR. 228 (LTS), and has agreed to pledge as security for this bond his property interest in the item ("Property Pledged as Security") listed herein;

        IT IS HEREBY ORDERED that:

        Paul J. Konigsberg and his wife, Judith Konigsberg, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner, cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the Property Pledged as Security in the account below $600,000 such that the Property Pledged as Security shall retain a minimum value of at least $600,000.

        The financial institution and/or brokerage house set forth below, their employees and anyone acting on their behalf, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner, cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the Property Pledged as Security

in the account below $600,000 such that the Property Pledged as Security shall retain a minimum value of at least $600,000.

| Institution | Account Title | Account Number |
|---|---|---|
| First Manhattan Co. | Pinecroft LLC | 54Z009125 |

IT IS FURTHER ORDERED that Paul J. Konigsberg and Judith Konigsberg shall be permitted to make withdrawals from the securities and cash on hand in the account so long as the total assets in the account remain in excess of $600,000;

IT IS FURTHER ORDERED that this Restraining Order shall remain in effect until further Order of the Court or until the Court modifies the Order as appears necessary in the interests of justice; and

IT IS FURTHER ORDERED that any institution or other individual or entity named shall accept service of this Order by facsimile transmission or electronic mail provided that an original hard copy is thereafter served by first class mail or personal service.

IT IS FURTHER ORDERED that entry of this Restraining Order satisfies the cash security bail condition previously imposed.

Dated: New York, New York
       October 8, 2013

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Accepted and Agreed:

_____
Paul J. Konigsberg

_____
Judith Konigsberg

10/3/13
Date

10/3/13
Date