GIBSON DUNN

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

December 20, 2013

VIA ECF & FACSIMILE

Judge Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 17C
New York, NY 10007-1312

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 2 3 2013

Re:   United States v. Paul Konigsberg, No. S11 10-CR-0228 (LTS)

Dear Judge Swain:

    In connection with the above-captioned case, Paul Konigsberg respectfully requests that the Court postpone the pretrial conference (currently scheduled on January 16, 2014) to a date in late February or early March 2014. Based on a brief review of the indices to the discovery identified in the Government's November 2013 letter, and further discussions with the United States Attorney's Office, Mr. Konigsberg needs additional time to review and analyze the discovery. At this time, Mr. Konigsberg does not oppose an exclusion of time from January 16, 2014 through any new date of the pretrial conference.

    This is Mr. Konigsberg's first request for an extension of the January 16 conference. Counsel for the U.S. Attorney's Office, Matthew Schwartz, does not object to Mr. Konigsberg's request.

Respectfully submitted,

Reed Brodsky

The following endorsement resolves docket entry no. 10:

cc: Matthew Schwartz, USAO/SDNY
    (via ECF & E-Mail)

THE APPLICATION IS GRANTED. THE CONFERENCE IS  adjourned
3/7/14 AT 4:00 PM IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18
U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME
FROM TODAY'S DATE THROUGH 3/7/14 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND
THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

                                        12/20/13
LAURA TAYLOR SWAIN, USDJ