# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 5 2014

February 27, 2014

VIA ECF & FACSIMILE

**MEMO ENDORSED**

Judge Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 17C
New York, NY 10007-1312

Re:   *United States v. Paul Konigsberg, No. S11 10-CR-0228 (LTS)*

Dear Judge Swain:

In connection with the above-captioned case, I write to request an adjournment of the pretrial conference from its currently scheduled date of March 7, 2014 at 4 p.m. to the morning of March 28, 2014. Assistant U.S. Attorney Matthew Schwartz informed me that the government consents to the adjournment and seeks an exclusion of time. Mr. Konigsberg does not object to the exclusion of time through March 28, 2014.

Thank you in advance for your consideration.

Respectfully submitted,

Reed Brodsky

cc: Matthew Schwartz, USAO/SDNY
(*via ECF & E-Mail*)

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 3/28/14 AT 11:45AM IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 3/28/14 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

3/4/14
LAURA TAYLOR SWAIN, USDJ