

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 09 2014

MEMO ENDORSED

BY ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1320
New York, New York 10007

    Re:    *United States v. Paul J. Konigsberg,*
                  No. S12 10 Cr. 228 (LTS)

Dear Judge Swain:

    The next pretrial conference in the above-referenced case is scheduled for this afternoon at 3:30 PM. I write to respectfully request, on behalf of both parties, that the conference be rescheduled to next Tuesday, June 17, 2014, at 2:30 PM – a date and time we understand from Your Honor's staff is convenient for the Court. Likewise, the Government respectfully requests that the time between today and next Tuesday be excluded, in the interests of justice, from Speedy Trial Act calculations. The defendant has no objection to this request.

    Thank you for your consideration.

                              Respectfully,

                              /s/ Matthew L. Schwartz
                              MATTHEW L. SCHWARTZ
                              Assistant United States Attorney
                              Tel.: (212) 637-1945

cc:    BY ECF

       Reed Brodsky, Esq.

*The request is granted.*

SO ORDERED:

_/s/ Laura Taylor Swain_ 6/9/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE