U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2014

BY ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1320
New York, New York 10007

      Re:      *United States v. Paul J. Konigsberg,*
                  No. S12 10 Cr. 228 (LTS)

Dear Judge Swain:

      The Government anticipates that at the hearing presently scheduled for June 24, 2014, at 11:00 AM, Paul J. Konigsberg, the defendant, will waive indictment and consent to the filing of the above-referenced superseding information. The parties further anticipate that Mr. Konigsberg will plead guilty to that information, pursuant to a cooperation agreement with the Government. A chart of the charges in the superseding information and the maximum penalties is attached.

      In order to provide notice to victims of the anticipated guilty plea proceeding, with the Court's consent, the Government intends to post a copy of this letter on the U.S. Attorney's Office website, on the page dedicated to *United States v. Bernard L. Madoff* and related cases (http://www.justice.gov/usao/nys/vw_cases/madoff.html). In addition, individualized mailings concerning Tuesday's anticipated proceedings has been made to the thousands of victims whose contact information is on file with the U.S. Attorney's Office's Victim/Witness Unit.

      Thank you for your consideration.

                                                Respectfully,

                                                /s/  Matthew L. Schwartz
                                               MATTHEW L. SCHWARTZ
                                             Assistant United States Attorney
                                             Tel.:  (212) 637-1945

cc:      BY ECF

           Reed Brodsky, Esq.

*United States v. Paul J. Konigsberg*, **S12 10 Cr. 228 (LTS)**

| Count | Charge | Maximum Penalties |
|---|---|---|
| **ONE** | Conspiracy to (1) Falsify the Records of a Broker-Dealer, (2) Falsify the Records of an Investment Advisor, and (3) Obstruct and Impede the Due Administration of the Internal Revenue Laws | 5 years' imprisonment; 3 years' supervised release; fine of the greatest of $250,000 or twice the gross gain or loss; mandatory $100 special assessment; restitution; and criminal forfeiture. |
| **TWO** | Falsifying the Records of a Broker-Dealer | 20 years' imprisonment; 3 years' supervised release; fine of the greatest of $5,000,000 or twice the gross gain or loss; mandatory $100 special assessment; restitution; and criminal forfeiture. |
| **THREE** | Falsifying the Records of an Investment Advisor | 5 years' imprisonment; 3 years' supervised release; $250,000 or twice the gross gain or loss; mandatory $100 special assessment; restitution; and criminal forfeiture |