FD-302 (Rev. 5-8-10)

- 1 of 1 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry   12/18/2013

    KEITH KELLY, retired Special Agent with the FEDERAL BUREAU OF INVESTIGATION (FBI), was contacted at ▇▇▇▇▇▇▇▇ and interviewed telephonically. Also present during the interview were FBI Special Agents Shannon M. Fish and Jared S. Thompson, as well as Assistant United States Attorneys Matthew Schwartz, Randall Jackson, and John Zach, and Paralegal Specialist Rebecca Baskin. After being advised of the nature of the interview, KELLY provided the following information:

    KELLY had many conversations with MATTHEW COHEN during the time KELLY worked on the investigation into MADOFF SECURITIES. COHEN told KELLY about a conversation COHEN had with GEORGE PEREZ, in which PEREZ indicated to COHEN that PEREZ had received compensation, whether in the form of cash or a deposit to PEREZ's investment advisory account, in exchange for writing certain computer programs. KELLY could not recall the specific time or place in which COHEN told him of this conversation with PEREZ. KELLY recalled it occurred in the weeks after BERNARD MADOFF had been arrested.

Investigation on   12/18/2013   at   New York, New York, United States (Phone)

File #   318B-NY-301292                                                      Date drafted   12/18/2013

by   PAUL M. TAKLA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

12/16/13  Keith Kelly (teleph) ▇▇▇▇▇▇
TAKUA, FBFA, JT, BB, JZ, MS, RJ

KK had many conversations w/ MC during the time KK worked on investigation

KK remembers incident in which MC said GP told MC that he had received compensation (maybe money or IA deposit) in exchange for writing certain computer programs

KK don't remember specific time or place of conversation, happened in time after BM arrest