



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-2015

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

June 22, 2015

Client: 50706-00001

VIA ECF AND FAX

Judge Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Paul J. Konigsberg*, No. S12 10 Cr. 228 (LTS)

Dear Judge Swain:

In connection with the above-captioned case, Paul Konigsberg respectfully requests that the deadline for filing his Sentencing Memorandum, currently set for June 25, 2015 under the Court's Sentencing Submission Procedures, be extended to July 1, 2015.

This is Mr. Konigsberg's first request for an extension of the deadline to file his Sentencing Memorandum. Counsel for the U.S. Attorney's Office, David Abramowicz, does not object to Mr. Konigsberg's request.

Thank you in advance for your consideration.

The request is granted.

Respectfully submitted,

Reed Brodsky /DH

Reed Brodsky

RMB/ks

SO ORDERED:

/s/ 6/24/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: David M. Abramowicz, USAO/SDNY
    (via ECF & E-Mail)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.