*United States v. Paul J. Konigsberg*, S12 10 Cr. 228 (LTS)

# Appendix – Letters in Support of Paul Konigsberg

| Letter Author | No. | Letter Author | No. |
| --- | --- | --- | --- |
| Ader, Richard | 1 | Konigsberg, Gloria | 41 |
| Altheim, Philip | 2 | Konigsberg, Jeff | 42 |
| Anchin, James | 3 | Konigsberg, Judy | 43 |
| Apfelbaum, William | 4 | Konigsberg, Robert | 44 |
| Bass, Lawrence | 5 | Kramer, Donald | 45 |
| Benerofe, Andrew & Froma | 6 | Krass, Stephen | 46 |
| Beverley, Marcia | 7 | Kringstein, Richard and Barry | 47 |
| Bonilla, Luisa | 8 | Kushel, Stephen | 48 |
| Boxer, Leonard | 9 | Lamm, Isaac | 49 |
| Boyarsky, Joel | 10 | Leder, Richard | 50 |
| Brodsky, Bert | 11 | Levinsohn, Paul | 51 |
| Clark, Rachel | 12 | Lubarsky, Dr. Amir | 52 |
| Cohen, Arnold | 13 | Margolis, Jay | 53 |
| Cooperman, Joel | 14 | Merdinger, Steven | 54 |
| Corbin, Herbert | 15 | Miller, Jerome | 55 |
| Dugo, Ray | 16 | Neibart, Lee | 56 |
| Esposito, Domenick | 17 | Newman, Gerald | 57 |
| Feiner, Matt | 18 | Pearl, Richard | 58 |
| Feiner, Michael | 19 | Potasnik, Rabbi Joseph | 59 |
| Feldman, Allison | 20 | Rosenfeld, George | 60 |
| Feldman, Jason | 21 | Rosenthal, Tom | 61 |
| Field, Larry | 22 | Ruskay, John | 62 |
| Fierro, Joseph | 23 | Schreiber, James | 63 |
| Fuirst, Alan | 24 | Schultz, Harvey | 64 |
| Gelormino, Christine | 25 | Schulweis, Harvey | 65 |
| Gershon, Michael | 26 | Schur, Howard | 66 |
| Goldner, Abraham | 27 | Shapiro, Bruce | 67 |
| Gottesman, Ruth | 28 | Sheinbaum, Louis | 68 |
| Gottlob, Alan | 29 | Solender, Stephen | 69 |
| Greebel, Lawrence | 30 | Solomon, Peter | 70 |
| Green, Mark | 31 | Spiegel, Allen | 71 |
| Gross, Laura Rebell | 32 | Stahl, Stanlee | 72 |
| Iacovissi, Paula | 33 | Thornton, John | 73 |
| Joel, Richard | 34 | Weinberg, Samuel | 74 |
| Kane, Paul | 35 | Weinberg, Stephen | 75 |
| Kaplan, Stuart | 36 | Weiss, Morry | 76 |
| Katz, Robert | 37 | Wohl, Lester | 77 |
| Katz, Sydney | 38 | Wolpe, Bonnie | 78 |
| Kelleher, Kathleen | 39 | Yavers, Steven | 79 |
| Konigsberg, Frederic | 40 | Zieses, Marshall | 80 |