**Richard Ader**



**New York, New York**

October 21, 2014

Judge Laura Taylor Swain:

I am writing this letter in support of Paul Konigsberg who I have known for over 20 years. I met Paul through a very dear friend of mine who introduced us. Since that time we have had a very strong business relationship and Paul has always conducted himself in a very professional manner. I found his character to be impeccable and extremely helpful to my employees as well as my family.

His name has been in the news for his past relationships but I want to tell you about the Paul whose accomplishments have not been published.
He was on the Board of Trustees and Treasurer of the NY UJA and heavily involved with the Einstein College of Medicine.

Paul attended the University of Vermont and is an active alumnus. He established the Holocaust Study Endowment Program. This program is one of the finest in the country and many holocaust scholars come to lecture there.

In addition, Paul helped to establish a self-help program for the aged survivors of the Holocaust many of who have fallen on hard times and are unable to care for themselves. It is such an amazing thing for those who had such tragedy in their early lives, and now as an older population are at times desperate.

As a personal note for us, he has donated his time to help a "not for profit" art gallery in maintaining their books and status and he is a loyal friend.

I only know him as a generous, warm and loving man who greeted all with his hugs and warmth. He is a generous person in aiding others. As long as I have known Paul he has always been willing and able to help anyone in need.

Very truly yours,

Richard H. Ader