```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PAUL J. KONIGSBERG,

          Defendant.

No. S12 10 Cr. 228 (LTS)

[PROPOSED]
ORDER EXONERATING BAIL

**IT IS HEREBY ORDERED** that, upon the application of counsel for Paul J. Konigsberg, Mr. Konigsberg's personal recognizance bond in this matter is hereby exonerated and released and all securities on Mr. Konigsberg's bond are also released and all liens on any property in connection with said bond are also released.

**IT IS FURTHER ORDERED** that the Pre-Trial Service Agency or any other entity that has custody of Mr. Konigsberg's passport return it to Mr. Konigsberg by no later than July 27, 2015, and that Mr. Konigsberg is permitted to apply for a renewal of his passport if it has expired.

                         SO ORDERED.

                         _____  7/13/15
                         Honorable Laura Taylor Swain