**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

April 9, 2020

**BY ECF**

The Honorable Laura T. Swain
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Bonventre*, 10 Cr. 228 (LTS)

Dear Judge Swain:

    The Government writes in response to the Court's order of April 7, 2020, which directed the Government to "contact the Bureau of Prisons concerning the date of Mr. Bonventre's anticipated release and file a status report." (Dkt. No. 1542). Based on its discussions with the staff at FCI Schuylkill, the Government has learned that while Bonventre was included on a list of inmates identified for possible early release to home confinement, the Warden of FCI Schuylkill ultimately decided not to release Bonventre to home confinement at this time.

    The Government has also confirmed with the staff at FCI Schuylkill that it remains the case that there are no known cases of COVID-19 among the inmate population, as well as the staff of FCI Schuylkill.

    Respectfully submitted,

    AUDREY STRAUSS
    Attorney for the United States, Acting Under
    Authority Conferred by 28 U.S.C. § 515

    By: _/s_____
    Noah Solowiejczyk
    Assistant United States Attorney
    (212) 637-2473

cc: Andrew Frisch, Esq. (by ECF and electronic mail)